JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION - SPRING STREET**

| | |
|---|---|
| EMILCERAMICA, S.p.A., an Italian company, <br><br>             Plaintiff, <br><br> v. <br><br> ELEGANZA TILES, INC., a California Corporation; MIAUW K. DARMAWAN, a California resident; and VONNY PURNAMA, a California resident, <br><br>             Defendants. | Case No. CV 08-6442-RSWL <br><br> **ORDER RE VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and the Notice of Voluntary Dismissal with prejudice filed by Plaintiff EmilCeramica, S.p.A. ("Plaintiff") on April 27, 2009, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed in its entirety with prejudice, all parties to bear their own costs and attorneys fees.  The court retains jurisdiction in this matter until July 1, 2010, to enforce the terms of the settlement agreement, if necessary.

Dated:_May 7, 2009_____     /s/_____
                                                                Honorable Ronald S.W. Lew
                                                                Senior, U.S. District Court Judge